# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-3303

———————————————

HEROLD METAYER,

  Petitioner,

v.

JAL CHEMICAL CO INC d/b/a Teph
Seal Auto Appearance and
LIBERTY INSURANCE
CORPORATION,

  Respondents.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident: May 3, 2022.

    January 24, 2024

PER CURIAM.

  DISMISSED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Petitioner.

Edward C. Duncan III of the Law Office of Ignacio M. Sarmiento, London, KY, for Respondents.